JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>vs.<br><br>HSR HOSPITALITY, INC. dba RAMADA INN; MIDUM RESTAURANT GROUP, INC. dba DENNY'S #6536; , HAN SOK KIM; SEUNG HEE KIM,<br><br>    Defendants.<br>_____/ | Case No. 2:12-cv-07538-FMO-FFMx<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendants HSR Hospitality, Inc. dba Ramada Inn, Han Sok Kim, and Seung Hee Kim,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: May 13, 2013

                                          */s/  Fernando M. Olguin*
                                        United States District Judge